Argued and submitted August 29, A31214 and A31216 affirmed; A31215 affirmed as modified September 19, 1984

## STATE OF OREGON,
*Respondent,*

*v.*

## BRUCE MITCHELL McFARLAND,
*Appellant.*

(82-1072-C, 82-1326-C, 83-1329-C;
CA A31214 (Control), CA A31215, CA A31216)

687 P2d 818

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In these consolidated criminal appeals, defendant challenges his sentences as excessive and argues that the trial court was without jurisdiction to make them consecutive. We find no error. On a third matter, defendant argues—and the state agrees—that the sentencing order in case number 82-1326-C, which presently indicates that he was convicted of assault in the second degree, must be modified to reflect the fact that he was actually charged with and convicted of assault in the third degree. It is so ordered. *See* Or Const, Art VII (Amended), § 3.

Judgment in case numbers 82-1072-C and 83-1329-C affirmed; judgment in case number 82-1326-C modified to conviction of assault in the third degree and, as modified, affirmed.